1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
JEROME L. GRIMES,                    )    No.    C 13-2227 JSW (PR)
9                                     )
              Plaintiff,              )    **JUDGMENT**
10                                    )
              v.                      )
11                                    )
SCOTT DOE, et al.,                    )
12                                    )
              Defendants.             )
13   _____)
14
15         Pursuant to the order of dismissal entered today, judgment is hereby entered in
favor of Defendants.
16
         IT IS SO ORDERED.
17
DATED:  June 28, 2013
18                                    _____
19                                    JEFFREY S. WHITE
                                      United States District Judge
20
21
22
23
24
25
26
27
28

1                UNITED STATES DISTRICT COURT

2                         FOR THE

3              NORTHERN DISTRICT OF CALIFORNIA

4

5

6 JEROME GRIMES,              Case Number: CV13-02227 JSW

7          Plaintiff,         **CERTIFICATE OF SERVICE**

8    v.

    SCOTT,

9

10           Defendant.

   —————————————————————/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on June 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17 Jerome L. Grimes
Napa State Hospital

18 #206586-0/ Unit Q-1 & 2
2100 Napa Vallejo Highway

19 Napa, CA 94558

20 Dated: June 28, 2013

21                  *Jennifer Ottolini*
                 Richard W. Wieking, Clerk
                 By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28